ANDREW S. WELLER, RESPONDENT, *v.* JOSEPH H. TUTHILL, APPELLANT.

APPEAL from a judgment in favor of the plaintiff, entered on the report of a referee.

This action was brought to recover the sum of $500, paid by the plaintiff to the defendant, who had contracted to see that a half share of the Ellenville Company stock should be got for plaintiff, if he would send to him or the treasurer a check for $500. Such check was sent by plaintiff to defendant, who directed it to be given to the treasurer, and by the treasurer credited to the defendant, in part payment of defendant's stock subscription. The defendant did not transfer any stock to plaintiff, but continued to control and manage it as his own thereafter. Defendant had and used the stock, so paid for by plaintiff, and plaintiff never received any consideration for such payment. Defendant, who was the president of the company, never gave plaintiff any notice that he, defendant, had got the stock for him. The General Term *held*, that these facts made a much stronger case than that of *Churchill* v. *Stone* (58 Barb., 233), and that plaintiff was entitled to recover.

*John Lyon*, for the appellant.

*C. A. Fowler*, for the respondent.

Opinion by BOARDMAN, J.

Present — LEARNED, P. J., BOARDMAN and JAMES, JJ.

Judgment affirmed, with costs